UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARNALDO MORALES ALVARADO,

    Plaintiff,

v.                                      Case No.:  2:19-cv-660-FtM-38MRM

CROWN ROOFING, LLC,

    Defendant.
_____/

## ORDER[1]

Before the Court is the parties' Joint Stipulation for Dismissal Without Prejudice. (Doc. 31) and supplemental response on the dismissal (Doc. 33).  In September 2019, Plaintiff Arnaldo Morales Alvarado sued Defendant Crown Roofing Group, LLC for unpaid overtime wages and unpaid wages for attending doctors' appointments. (Doc. 1).  The parties now stipulate to dismissing the case without prejudice and without an award of fees or costs to party. (Doc. 31). The parties also have resolved, without compromise, Alvarado's claims under the Fair Labor Standards Act, meaning the Court need not review and approve the settlement for fairness.  See *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982); *King v. My Online Neighborhood, Inc.*, No. 6:06-cv-435-Orl-22JGG, 2007 WL 737575, at *3 (M.D. Fla. Mar. 7, 2007).  After careful consideration of the parties' Joint Notice, the record, and applicable case law, the Court dismisses this case without prejudice.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Accordingly, it is now

**ORDERED:**

(1) The above-captioned case is **DISMISSED without prejudice**.

(2) The Clerk of Court is **DIRECTED** to enter judgment, terminate all pending deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of September 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record